IQBAL SINGH, Appellant, v CITY OF NEW YORK DIVISION OF HOUSING PRESERVATION AND DEVELOPMENT, Respondent.

Submitted June 1, 2010; decided July 1, 2010

Motion for reargument denied [*see* 14 NY3d 858 (2010)].

In the Matter of the Estate of PAULA M. VENEZIA, Deceased. JOANNE ZACCARIA, Respondent; EDWARD HAYES PENNINGTON III, Appellant.

Submitted June 7, 2010; decided July 1, 2010

Motion for a stay dismissed as academic.

In the Matter of EVERETT WILLIAMS, Appellant, v NEW YORK STATE DIVISION OF PAROLE, Respondent.

Decided July 1, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.